IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD COOK JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:18cv892-GMB |
| ) | |
| ) | [wo] |
| BRUNSON NICHOLS CONSTRUCTION ) | |
| CO., INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This cause is before the court on a Joint Motion to Approve the Settlement Agreement and to Dismiss Action with Prejudice. Doc. 11.

Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties have consented to the jurisdiction of the undersigned United States Magistrate Judge. Docs. 13 & 14. Upon review of the Joint Motion to Approve the Settlement Agreement (Doc. 11), and the Settlement Agreement submitted to the court (Doc. 11-1), this court is of the opinion that there are *bona fide* disputes over provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and that the settlement is a fair and reasonable resolution of such *bona fide* disputes and should be approved by this court. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Therefore, it is hereby ORDERED as follows:

1. The Joint Motion to Approve the Settlement Agreement and to Dismiss Action with Prejudice (Doc. 11), is GRANTED, and all claims in this action are

DISMISSED with prejudice.

2. The Clerk of the Court is DIRECTED to enter this document as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 20th day of December, 2018.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE